UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - -

UNITED STATES OF AMERICA,

       Plaintiff,

  vs.

ROBERTO HERRERA-RIOS,
a/k/a ROBERTO RIOS,

       Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

### Illegal Alien in Possession of a Firearm

On or about September 10, 2025, in Allegan County, in the Western District of Michigan, Southern Division,

ROBERTO HERRERA-RIOS,
a/k/a ROBERTO RIOS,

knowing that he was an alien illegally or unlawfully in the United States, knowingly possessed a firearm that was in and affecting commerce, that is, a loaded Smith and Wesson, .357 caliber revolver.

18 U.S.C. § 922(g)(5)(A)
18 U.S.C. § 924(a)(8)

A TRUE BILL

[ /s/ Redacted ]

_____
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

*Donald Daniels*
_____
DONALD DANIELS
Assistant United States Attorney